The Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-217 RSM |
| Plaintiff | ORDER TO SEAL DOCUMENT |
| v. | |
| ROBERT TABARES | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Exhibit A,

It is hereby ORDERED that Exhibit A, shall remain sealed.

DATED this 22nd day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/Michael Lang
MICHAEL LANG
Assistant United States Attorney

Order to Seal Document
*United States v. Robert Tabares* CR18-217 RSM - 1